ORIGINAL

# United States District Court
*Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR -7 PM 1:57
CLERK C Adams
SO. DIST. OF GA.

JIMMY HARRIS
_____
Plaintiff

Case No. 3:14-CV-151-DHB-BKE

v.

BEST BUY STORES, L.P.
_____
Defendant

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of April, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | LYNN A. KAPPELMAN |
| Business Address: | Seyfarth Shaw LLP |
| | Firm/Business Name |
| | 2 Seaport Lane |
| | Street Address |
| | Suite 300 — Boston — MA — 02210 |
| | Street Address (con't) — City — State — Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | 617-946-4800 — n/a |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | lkappelman@seyfarth.com |