ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 21 PM 3:56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JIMMY HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-151 |
| BEST BUY WAREHOUSING LOGISTICS, INC., | * | |
| Defendant. | * | |

**O R D E R**

On October 20, 2015, the parties filed a "Joint Stipulation of Dismissal with Prejudice" in the above-captioned case. (Doc. no. 36.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE